Florence Italia Patti
Indiana State Bar No. 34752-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200 Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525
E-Mail: italia_patti@fd.org

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER S.,<br><br>Petitioner,<br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-01892-TLN-SCR<br><br>**ORDER TO SEAL MEDICAL RECORDS** |

For the reasons set forth in Petitioner's Request to Seal, the Request to Seal is granted. The medical records shall be under seal, and can be unsealed only upon a superseding Order from this Court.

IT IS SO ORDERED.

Dated: July 27, 2026

Troy L. Nunley
Chief United States District Judge